UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

DERRICK U DENNIS, on behalf of himself
and all others similarly situated _____ ,

                                                Plaintiff(s)

                      -against-

_____ SHAREWITHNYC INC _____ ,

                             Defendant(s).

----------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF**

**REQUEST FOR CERTIFICATE OF DEFAULT**

**1:18-cv-07148-KAM-VMS**

        __ DERRICK U DENNIS _____ hereby declares as follows:

1.    I am the plaintiff in this action.

2.    This action was commenced pursuant to **28 U.S.C. § 1331 and 42 U.S.C. § 12181**.

3.    The time for defendant(s), ____ **SHAREWITHNYC INC** ____, to answer or otherwise move with respect to the complaint herein has expired.

4.    Defendant(s), __ **SHAREWITHNYC INC** _____, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) __ **SHAREWITHNYC INC** _____ to answer or otherwise move has not been extended.

5.    That defendant(s) _____ **SHAREWITHNYC INC** _____ is not an infant or incompetent.  Defendant(s) __ **SHAREWITHNYC INC** _____ is not presently in the military service of the United States as appears from facts in this litigation.

6.    Defendant(s) _____ **SHAREWITHNYC INC** _____ is indebted to plaintiff, __ **DERRICK U DENNIS** _____, in the following manner (state the facts in support of the claim(s)):

**Defendant violated Plaintiff's rights under the Americans with Disabilities Act, by not maintaining its**

**Website in conformance with the ADA. Plaintiff is demanding statutory damages under State and City**

law of $1,000.00, as well as reasonable attorney's fees and cost associated with bringing this action.

Defendant has failed to answer or otherwise respond to the Complaint, which has been properly served

and filed on the docket.

_____

_____

_____

_____

_____

_____

WHEREFORE, plaintiff ___DERRICK U DENNIS_____ requests that the default of

defendant(s) ___SHAREWITHNYC INC_____ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no

part thereof has been paid.

Dated:   08/01/2019                              By:___/s/ Jonathan Shalom_____

                                                 **Jonathan Shalom, Esq.**
                                                 **jshalom@jonathanshalomlaw.com**
                                                 **124-04 Metropolitan Avenue**
                                                 **Kew Gardens, NY 11415**
                                                 **Tel: (718) 971-9474**