**Chambers** of Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Share with NYC Inc.
764 Montauk Hwy #4
Montauk, NY 11954

-R-T-S-   119545034-1N            10/07/19